SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVIER VILLALVAZO MUNDO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> United States Department of Homeland Security ) <br> ("DHS"); Department of Homeland Security, ) <br> Secretary MICHAEL CHERTOFF; USCIS ) <br> Director, EMILIO T. GONZALEZ; USCIS ) <br> California Service Center Director, CHRISTINA ) <br> POULOS; DAVID N. STILL, Director of USCIS ) <br> San Francisco District Office; Attorney General ) <br> of the United States, ALBERTO GONZALES; ) <br> and all unknown government agencies, ) <br> ) <br> Respondents. ) <br> _____ ) | No. C 07-2145 MMC <br><br> **JOINT REQUEST TO AMEND OR ALTER COURT ORDER OF JULY 23, 2007** |

    On July 23, 2007 this Court granted Defendants' opposed motion to remand and remanded this matter "to the Department of Homeland Security, United States Citizenship and Immigration Services (USCIS), with instructions to adjudicate petitioner's application after the conclusion of petitioner's removal proceedings." July 23, 2007 Order at 3.

    Defendants' motion was based on the representation that petitioner, who has been convicted of a federal drug offense and is currently incarcerated in a federal prison in Oregon, had been placed in removal proceedings by the Department of Homeland Security, Immigration and Customs

1  Enforcement (ICE).  The parties have since been informed that ICE has not yet served petitioner
2  with the Notice to Appear, but intends to do so upon his release from prison.  This means that
3  petitioner is not yet in removal proceedings and that USCIS is not barred under 8 U.S.C. § 1429
4  from adjudicating petitioner's application for naturalization.
5       After conferring, the parties, rather than ask the court to take jurisdiction over this matter under
6  8 U.S.C. § 1447(b) and allow Defendants to re-file a motion for remand, agree that it is both in the
7  best interest of petitioner and the Court to remand the matter to USCIS with instructions to
8  adjudicate petitioner's application for naturalization forthwith.  The parties agree that 8 U.S.C. §
9  1421(c) will provide a more appropriate forum for petitioner to challenge a denial, if there is one,
10 of his application for naturalization in district court.

12 Date: July 27, 2007                                  Respectfully submitted,

13                                                     SCOTT N. SCHOOLS
                                                       United States Attorney

15                                                     _____/s/_____
                                                       ILA C. DEISS
16                                                     Assistant United States Attorney
                                                       Attorneys for Respondents

19 Date: July 27, 2007                                 _____/s/_____
                                                       ALEXANDER H. LUBARSKY
                                                       Attorney for Petitioner

21                                       **ORDER**

22      Pursuant to Stipulation, the Court's July 23, 2007 Order is hereby modified to the extent
23 that this matter is REMANDED to the Department of Homeland Security, United States
24 Citizenship and Immigration Services, with instructions to adjudicate petitioner's application for
25 naturalization forthwith.

26
   Date:   August 8, 2007                              _____
27                                                     MAXINE M. CHESNEY
                                                       United States District Judge
28